IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | NO. 16-5376 |
| MARK K. ISHMAEL | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 31st day of January, 2017, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ]   -   Order staying these proceedings pending disposition of a related action.

- [ ]   -   Order staying these proceeding pending determination of arbitration proceedings.

- [ ]   -   Interlocutory appeal filed

- [X]   -   Other: Order staying these proceedings pending service of summons and complaint upon defendant.

it is
**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

s/paul s. diamond

_____
PAUL S. DIAMOND , J.