IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  :  <br> **Plaintiff,**  : <br> : <br> **v.**  : <br> : <br> **MARK K. ISHMAEL,**  : <br> **Defendant.**  : <br> : | Civ. No. 16-5376 |

# O R D E R

**AND NOW**, this 7th day of March, 2017, upon consideration of Plaintiff's Motion for Service by Posting Property [sic] and Certified Mail (Doc. No. 5), it is hereby **ORDERED** that the Motion (Doc. No. 5) is **DENIED** for the reasons stated in my January 5, 2017 Order. (See Doc. No. 3 ("Plaintiff's counsel avers that Defendant's 'whereabouts are unknown.'. . . Plaintiff thus cannot show that publication and mail to Defendant's last known address is reasonably calculated to provide Defendant with notice.").)

**IT IS FURTHER ORDERED** that Plaintiff shall **SHOW CAUSE** why this case should not be dismissed for failure to effect timely service. See Fed. R. Civ. P. 4(m). Plaintiff shall file a memorandum of law **no later than** March 10, 2017 at **12:00 noon**.

                                                        **AND IT IS SO ORDERED.**

                                                        */s/ Paul S. Diamond*
                                                        _____
                                                        Paul S. Diamond, J.