**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,** | : | |
| **v.** | : | **Civ. No. 16-5376** |
| **MARK K. ISHMAEL,**<br>**Defendant.** | : | |

---

**O R D E R**

**AND NOW**, this 14th day of April, 2017, upon consideration of Plaintiff's Motion for Service by Posting Property, Certified Mail, and Publication (Doc. No. 9) and all related submissions, it is hereby **ORDERED** that the Motion (Doc. No. 9) is **DENIED without prejudice**. See Olympic Steel, Inc. v. Pan Metal & Processing, LLC, No. 11-6938, 2012 WL 682381, at *4 (E.D. Pa. Mar. 12, 2012) ("[W]ith respect to the 'reasonably calculated to provide notice' prong, 'the plaintiff must specify the newspapers in which he intends to publish notice' so we can determine whether the proposed service by publication is reasonably calculated to reach the defendant." (quoting Barbosa v. Dana Capital Grp., Inc., No. 07-1724, 2009 WL 902339, at *7 (E.D. Pa. Mar. 31, 2009))); Barbosa, 2009 WL 902339, at *7 ("A showing that the method of service requested is calculated to notify the defendant of the action is an essential component of any supporting affidavit." (citation omitted)).

**IT IS FURTHER ORDERED** that Plaintiff may renew its Motion no later than **Monday, April 17, 2017** at **12:00 noon**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.