IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 16-5376 |
| : | |
| **MARK K. ISHMAEL,** : | |
| **Defendant.** : | |
| : | |

# O R D E R

**AND NOW**, this 14th day of April, 2017, upon consideration of Plaintiff's Motion for Service by Posting Property, Certified Mail, and Publication (Doc. No. 11) and all related submissions, it is hereby **ORDERED** that Plaintiff shall submit a Memorandum of Law, **no later than 5:00 p.m.** on **April 17, 2017**, addressing: (1) whether the Philadelphia Public Record is a "newspaper of general circulation" for the purposes of Pennsylvania Rule of Civil Procedure 430(b)(1); (2) why publication in the Philadelphia Public Record is reasonably calculated to reach Defendant; (3) whether this Court has ever approved service by publication in the Philadelphia Public Record; and (4) which newspapers of general circulation this Court has most often approved in permitting service by publication upon Defendants resident in Philadelphia County.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.