# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-05376

Sheriff's Sale Date: _____

v.

MARK K. ISHMAEL, ET AL,
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: ORDER, SUMMONS & COMPLAINT

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MARK K. ISHMAEL the above process on the 19 day of April, 2017, at 10:30 o'clock, AM, at 529 N 65TH STREET, APT A PHILADELPHIA, PA 19151, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_ )
) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158077
Case ID #: 4866742

Subscribed and sworn to before me this 20 day of April, 2017.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified      ☐ Recorded Delivery (International)
☐ COD            ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail   ☐ Signature Confirmation
☐ Insured

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
$ 001.35°
ZIP 19106
02 1W
0001391829 APR 19 2017

USPS CONTINENTAL STATION  APR 19 2017  PHILA, PA  19106

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | | Ishmael, Mark K.<br>Mark K. Ishmael<br>529 N. 65th Street<br>Apt. A<br>Philadelphia, PA 19151 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 1
Total Number of Pieces Received at Post Office:
Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-158077   Philadelphia County   Sale Date:

MARK K. ISHMAEL

RCO - Brittni Agustin



# PROOF OF PUBLICATION OF NOTICE IN THE LEGAL INTELLIGENCER

Under Act of May 16, 1929, P.L. 1784, as amended

COMMONWEALTH OF PENNSYLVANIA, } ss.:
COUNTY OF PHILADELPHIA

BRIAN R. HARRIS, being duly sworn, deposes and says that The Legal Intelligencer is a daily newspaper published at One Penn Center at Suburban Station, 1617 John F. Kennedy, Philadelphia, Pennsylvania 19103, and was established in said city in 1843, since which date said legal newspaper has been regularly issued in said county, that it has been issued daily since September 4, 1933, and that it was entered at the Philadelphia Post Office under the Postal Laws and Regulations as second class matter in the United States mails on July 19, 1879; that The Legal Intelligencer is a daily legal newspaper complying in all respects with the Newspaper Advertising Act of May 16, 1929, P.L. 1784, its amendments and supplements; and that a copy of the printed notice or publication is attached hereto exactly as the same was printed or published in the regular editions and issues of the said legal newspaper on the following dates, viz.: _____

April 21 _____, A.D. 20 17

Affiant further deposes and says that he is an employee of the publisher of said legal newspaper and has been authorized to verify the foregoing statement and that he is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

Sworn to and subscribed before me this 21st day of April, 2017

Notary Public

Philadelphia, Philadelphia County

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JENNIFER M. McCULLOUGH, Notary Public
City of Philadelphia, Phila. County
Commission Expires October 6, 2019

OFFICE:
One Penn Center at Suburban Station
17th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

**Copy of Notice or Publication**

## COMPLAINTS

**The United States District Court For The Eastern District of Pennsylvania Civil Action - Law No. 16-05376 Notice of Action in Enforced Collections**

United States of America, Plaintiff vs. Mark K. Ishmael, Defendant To: Mark K. Ishmael, Defendant, whose last known address is 529 N. 65th Street, Apt. A, Philadelphia, PA 19151. You are hereby notified that Plaintiff, United States of America, has filed an Enforced Collection Complaint endorsed with a notice to defend against you in the United States District Court for the Eastern District of Pennsylvania, docketed to No. 16-05376, wherein Plaintiff seeks to enforce collections. Notice: You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. If you cannot afford to hire a Lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. Community Legal Services, Inc., Law Center North Central, 1410 W. Erie Ave., Phila., PA 19140, 215-227-2400/215-981-3700. Phila. Bar Assn., One Reading Center, Phila., PA 19104, 215-238-6333. Rebecca A. Solarz, Atty. for Plaintiff, KML Law Group, P.C., Ste. 5000, Mellon Independence Center, 701 Market St., Phila., PA 19106-1532, 215.627.1322.    4-21-1

Proof of Publication in
The Philadelphia Inquirer
Under Act. No 160, P.L. 877, July 9, 1976

STATE OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

Cindy Jakubowski being duly sworn, deposes and says that **The Philadelphia Inquirer** daily newspaper published at 8th and Market Streets, Philadelphia County and State aforesaid, which were established in the year 1829 (Inquirer) since which dates said daily newspapers have been regularly issued in said County, and that a copy of the printed notice of publication is attached hereto exactly as the same was printed and published in the regular edition and issue of said daily newspaper on the following dates:

April 21, 2017

Affiant further deposes and says that she is an employee of the publisher of said daily newspaper and has been authorized to verify the foregoing statement and that she is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

*Helene Sweeney*

Sworn to and subscribed before me this 21st day of April, 2017

*Cindy Jakubowski*
Notary Public

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CINDY JAKUBOWSKI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 30, 2020

---

**Copy of Notice of Publication**

**The United States District Court**
For The Eastern District of Pennsylvania
Civil Action - Law
No. 16-05376
Notice of Action in Enforced Collections
United States of America, Plaintiff vs.
Mark K. Ishmael, Defendant

To: Mark K. Ishmael, Defendant, whose last known address is 529 N. 65th Street, Apt. A, Philadelphia, PA 19151. You are hereby notified that Plaintiff, United States of America, has filed an Enforced Collection Complaint endorsed with a notice to defend against you in the United States District Court for the Eastern District of Pennsylvania, docketed to No. 16-05376, wherein Plaintiff seeks to enforce collections. Notice: You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance, personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. If you cannot afford to hire a Lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. Community Legal Services, Inc., Law Center North Central, 1410 W. Erie Ave., Phila. PA 19140, 215-227-2400/215-981-3700. Phila. Bar Assn., One Reading Center, Phila., PA 19104, 215-238-6333. Rebecca A. Solarz, Atty. for Plaintiff, KML Law Group, P.C., Ste. 5000, Mellon Independence Center, 701 Market St., Phila., PA 19106-1532. 215.627.1322.