**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 16-5376 |
| : | |
| **MARK K. ISHMAEL,** : | |
| Defendant. : | |
| : | |

# O R D E R

**AND NOW**, this 16th day of May, 2017, upon consideration of Plaintiff's Request for Default Judgment (Doc. No. 17), Supplemental Affidavit (Doc. No. 19), all related submissions, and the Clerk's Entry of Default, and pursuant to Federal Rule of Civil Procedure 55(b), it is hereby **ORDERED** that Plaintiff's Request (Doc. No. 17) is **GRANTED**.

The **CLERK OF COURT** shall **ENTER JUDGMENT** against Defendant Mark K. Ishmael, and in favor of Plaintiff, the United States of America, on behalf of its Agency, the United States Department of Education, in the amount of **$20,974.88**. The Judgment shall accrue interest at the current legal rate, compounded annually, until paid in full.

**IT IS FURTHER ORDERED** that the **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.