IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| **Plaintiff,** : | |
| v. : | Civ. No. 16-5376 |
| : | |
| **MARK K. ISHMAEL,** : | |
| **Defendant.** : | |

## CIVIL JUDGMENT

BEFORE THE HONORABLE PAUL S. DIAMOND

   **AND NOW**, this 16th day of May, 2017, it is hereby **ORDERED** that **JUDGMENT** is **ENTERED** against Defendant Mark K. Ishmael, and in favor of Plaintiff, the United States of America, on behalf of its Agency, the United States Department of Education, in the amount of **$20,974.88**.  The Judgment shall accrue interest at the current legal rate, compounded annually, until paid in full.

BY THE COURT:

          */s/ Nelly Lu*
ATTEST: _____
           *Deputy Clerk*

Civ 1 (8/80)